## PRATT cont^a WEEDEN

Aron Pratt plaint. cont^a Joseph Weeden Defend^t in an action of the case for detaining and not delivering an Indenture of Apprentiship dat^d sometime in the year. 1674. the same being demanded of the s^d Weeden by Pratt; with damages: . . . The Jury . . . found for the plaint. the delivery up of his Jndenture and Freedom from Weeden or twenty pounds money & costs of Court allow^d twenty Shillings six pence.

Execution issued 21° nov^r 1679.

## SMITH cont^a EGERTON

Katharin Smith plaint. cont^a Peter Egerton Defend^t according to Attachm^t The plaint. withdrew her Action.

## KENT &c^a cont^a KNIGHT

William Kent and Iohn Indicott Adm^rs to the Estate of Samuel Hawford plaint^s cont^a Richard Knigght Defend^t The plaint^s withdrew their Action.

## SHEAFE cont^a SALTER

Sampson Sheafe Merch^t plaint. cont^a Eneas Salter of Boston Mason Defend^t in an action of the case for refuseing to deliver up unto the s^d Sampson Sheafe and give him possession of a certain parcel of Land and houseing thereupon scituate in Boston aboves^d in the pu^rsent tenure of s^d Salter which do of right belong unto s^d Sheafe as shall appear by a conditionall Deed of Sale or mortgage under the hands and Seales of s^d Eneas Salter and Ione his wife bearing date. 17th of Iune. 1677. long since forfited and by them so acknowledged & surrendred up unto the s^d Sheafe, and afterwards leased of him for the term of Six months after the rate of twelve pounds money per annu^m but doth neither pay the s^d Rent nor will Surrend^r the pu^rmisses whereby the plaint. is damnified more then One hundred and Ninety pounds in money with other due damages: . . . The Iury . . . found for the plaint. possession of the house and ground Sued for, and Sixteen pounds twelve Shillings money for Rent, and costs of Court allow^d twenty three Shillings six pence.

Execution issued 11th Nov^r 1679.